UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| PETER J. TODD, | Civil No. 08-0444 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MICHAEL J. ASTRUE, *Commissioner of Social Security*, | |
| Defendants. | |

_____

FRANK LEVIN AND JAMES ROTH, **FRANK W. LEVIN, PA**, 331 Second Avenue South, Suite 420, Minneapolis, MN 55401, for plaintiff.

Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated February 20, 2009 [Docket No. 35]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 26] is **GRANTED**; and

2. Defendant's Motion for Summary Judgment [Docket No. 30] is **DENIED**.

3.      The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Secretary for the immediate calculation and award of benefits.


DATED:  March 13, 2009
at Minneapolis, Minnesota.

                                                 s/John R. Tunheim
                                            JOHN R. TUNHEIM
                                       United States District Judge